1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ
4  Assistant United States Attorney
   SBN 229637
5    Room 7211, Federal Building
     300 North Los Angeles Street
6    Los Angeles, California  90012
     Telephone:  (213) 894-2729
7    Facsimile:  (213) 894-0115
     Email: valerie.makarewicz@usdoj.gov
8
   Attorneys for United States of America
9
10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12                          SOUTHERN DIVISION
13
14 UNITED STATES OF AMERICA,    ) Case No. CV 12-04943 SJO (MANx)
                                )
15          Petitioner,          )
                                ) ORDER TO SHOW CAUSE
16    vs.                       )
                                )
17 CHRISTOPHER J. LEO,          )
                                )
18          Respondent.          )
   _____)
19

20      Upon the Petition and supporting Memorandum of Points and
21 Authorities, and the supporting Declaration to the Petition, the
22 Court finds that Petitioner has established its *prima facie* case
23 for judicial enforcement of the subject Internal Revenue Service
24 ("IRS" and "Service") summons.  *See* United States v. Powell, 379
25 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*
26 Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.
27 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.
28 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th cir. 1993).

**THEREFORE**, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 1,

    ✓   United States Courthouse
          312 North Spring Street,
          Los Angeles, California 90012

~~____   Roybal Federal Building and United States Courthouse~~
~~         255 E. Temple Street,~~
~~         Los Angeles, California 90012~~

~~____   Ronald Reagan Federal Building and United States Courthouse~~
~~         411 West Fourth Street,~~
~~         Santa Ana, California 92701~~

~~____   Brown Federal Building and United States Courthouse~~
~~         3470 Twelfth Street, Riverside, California 92501~~

on August 20, 2012, at 8:30 a.m. and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place

1 of abode with someone of suitable age and discretion who resides
2 there, or by certified mail.
3     **IT IS FURTHER ORDERED** that within ten (10) days after
4 service upon Respondent of the herein described documents,
5 Respondent shall file and serve a written response, supported by
6 appropriate sworn statements, as well as any desired motions.
7 If, prior to the return date of this Order, Respondent files a
8 response with the Court stating that Respondent does not desire
9 to oppose the relief sought in the Petition, nor wish to make an
10 appearance, then the appearance of Respondent at any hearing
11 pursuant to this Order to Show Cause is excused, and Respondent
12 shall be deemed to have complied with the requirements of this
13 Order.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  **IT IS FURTHER ORDERED** that all motions and issues raised by
2  the pleadings will be considered on the return date of this
3  Order.  Only those issues raised by motion or brought into
4  controversy by the responsive pleadings and supported by sworn
5  statements filed within ten (10) days after service of the herein
6  described documents will be considered by the Court.  All
7  allegations in the Petition not contested by such responsive
8  pleadings or by sworn statements will be deemed admitted.

10 DATED: This _13th day of June, 2012

11                              _____
12                                    United States District Judge

13 Presented By:

14 ANDRÉ BIROTTE JR.
   United States Attorney
15 SANDRA R. BROWN
   Assistant United States Attorney
16 Chief, Tax Division

17

18 _____/S/_____
   VALERIE L. MAKAREWICZ
19 Assistant United States Attorney
   Attorneys for United States of America
20 Petitioner

4